nied. See this Court's Rule 39.8. Petitioner is allowed until March 18, 1996, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 95–6503. IN RE HOLCOMB;
No. 95–7324. IN RE SOLIMINE;
No. 95–7338. IN RE TAL; and
No. 95–7388. IN RE MARTINEZ. Petitions for writs of mandamus denied.

No. 95–728. WARNER-JENKINSON CO., INC. v. HILTON DAVIS CHEMICAL CO. C. A. Fed. Cir. Certiorari granted.

No. 95–618. T. B. D. v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 95–652. KIRK, ADMINISTRATRIX OF THE ESTATE OF KIRK, DECEASED, ET AL. v. RAYMARK INDUSTRIES, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–662. COUCH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–788. DOE ET AL. v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–808. SOUTHEASTERN EXPRESS CO. ET AL. v. TRIAD SYSTEMS CORP. C. A. 9th Cir. Certiorari denied.

No. 95–846. RUSHTON v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 95–896. WASHINGTON SERVICE CONTRACTORS COALITION ET AL. v. DISTRICT OF COLUMBIA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–908. CONTEL CELLULAR INC. ET AL. v. LEAF RIVER VALLEY CELLULAR TELEPHONE CO., INC., ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.